FILED
2023 Oct-30 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Arthur Ray Hanson, II<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 5:23-mj-1161-HNJ<br><br>Charging District: Northern District of Georgia<br><br>Charging District's Case No. 1:23-cr-343 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Georgia Northern District Court<br>Richard B. Russell Federal Building and United States Courthouse<br>75 Ted Turner Drive, Room 2211<br>Atlanta, GA 30303-3309 | Courtroom No.: | TBD |
|---|---|---|---|
| | | Date and Time: | Monday, November 13, 2023 at 3:00 p.m., EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending (if applicable).

**DONE**, this 30th day of October, 2023.

*/s/ H. Johnson, Jr.*
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE